No. 617. ALLEGHENY OIL COMPANY *v.* SNYDER. Sixth Circuit. Denied April 22, 1901. *Mr. W. H. H. Miller* and *Mr. J. B. Chapman* for petitioner. *Mr. D. A. Hollingsworth* and *Mr. Edward McSweeney* opposing.

No. 618. GILLMOR *v.* BROWN. Sixth Circuit. Denied April 22, 1901. *Mr. W. H. H. Miller* and *Mr. J. B. Chapman* for petitioners. *Mr. D. A. Hollingsworth* and *Mr. Edward McSweeney* opposing.

No. 619. NEW YORK LIFE INSURANCE COMPANY *v.* ALLISON. Second Circuit. Denied April 22, 1901. *Mr. E. E. McCall, Mr. G. W. Hubbell* and *Mr. Frederic D. McKenney* for petitioner. *Mr. A. J. Dittenhoefer* opposing.

No. 631. TERRE HAUTE AND INDIANAPOLIS RAILROAD COMPANY *v.* COX. Seventh Circuit. Denied April 22, 1901. *Mr. Lawrence Maxwell, Jr.,* and *Mr. S. O. Pickens* for petitioners. *Mr. John G. Williams* and *Mr. G. W. Wickersham* opposing.

No. 633. FALK *v.* UNITED STATES. Court of Appeals of the District of Columbia. Denied April 22, 1901. *Mr. Edwin Forrest* for petitioner. *Mr. Attorney General, Mr. Solicitor General Richards* and *Mr. Thomas H. Anderson* opposing.

No. 632. LAWDER *v.* STONE, COLLECTOR. Fourth Circuit. Granted April 29, 1901. *Mr. Edward S. Hatch* and *Mr. Thomas P. Wickes* for petitioner. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

No. 640. LOEB *v.* UNITED STATES. Second Circuit. Denied April 29, 1901. *Mr. W. Wickham Smith* and *Mr. Charles*

Decisions announced without Opinions.

*Curie* for petitioners. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

---

No. 642. TUCKER, VICE CONSUL, *v.* U. S. *ex rel.* ALEXANDROFF. Third Circuit. Granted April 29, 1901. *Mr. F. R. Condert, Jr., Mr. Paul Fuller,* and *Mr. John F. Lewis* for petitioner.

---

No. 626. FRANCIS *v.* UNITED STATES. Sixth Circuit. Granted April 29, 1901. *Mr. Miller Outcalt* and *Mr. Thomas F. Shay* for petitioners.

---

No. 621. HALE, AS RECEIVER, *v.* ALLINSON. Third Circuit. Granted May 13, 1901. *Mr. M. H. Boutelle, Mr. Joseph K. McCammon* and *Mr. James H. Hayden* for petitioner. *Mr. John G. Johnson* opposing.

---

No. 638. REPUBLIC OF COLOMBIA *v.* CAUCA COMPANY. Fourth Circuit. Denied May 13, 1901. *Mr. Calderon Carlisle* and *Mr. William G. Johnson* for petitioner.

---

No. 643. JONES *v.* NEWTON. Fourth Circuit. Denied May 13, 1901. *Mr. Samuel Park* and *Mr. R. G. Bickford* for petitioner. *Mr. Thomas Evans* opposing.

---

No. 645. NEW ENGLAND RAILROAD COMPANY *v.* HYDE. First Circuit. Denied May 13, 1901. *Mr. Frank A. Farnham* and *Mr. Frederic D. McKenney* for petitioner. *Mr. Donald G. Perkins* opposing.

---

No. 647. ROWAN *v.* IDE. Fifth Circuit. Denied May 13,